UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAXINE HAYGOOD,

          Plaintiff,

vs.                                    Case No. 8:03-cv-2265-T-17MSS

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY,

          Defendant.
_____/

## ORDER

THIS CAUSE comes on for consideration of Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (Dkt. 20). Plaintiff requests an award of attorney's fees, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $2,262.50. Plaintiff's requested fees are calculated at a rate of $125.00 per hour for 18.1 hours of work. The Commissioner does not oppose the payment to Plaintiff in this amount (Dkt. 22).

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion for Award of Attorney's Fees under the Equal Access to Justice Act (Dkt. 20) is **GRANTED**. Plaintiff is awarded attorney's fees in the amount of $2,262.50 to be paid to Plaintiff's attorney.

**DONE AND ORDERED** in Tampa, Florida on this 30th day of June, 2005.

MARY S. SCRIVEN
United States Magistrate Judge

Copies to:
Counsel of Record